FILE COPY

No. 07-15-00131-CV

| | | |
|---|---|---|
| Clyde L. Heckert<br> Appellant | § | From the 324th District Court<br> of Tarrant County |
| | § | |
| v. | | May 21, 2015 |
| | § | |
| Julia Teresa Heckert<br> Appellee | § | Opinion by Justice Hancock |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 21, 2015, it is ordered, adjudged and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o